1  Law Offices of Ronald Richards & Associates
   Ronald Richards, Esq. Bar#176246
2  P.O. Box 11480
   Beverly Hills, CA 90213
3  Telephone (310) 556-1001
   Fax         (310) 277-3325
4
   Attorneys for Daniel R. Leclerc
5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  UNITED STATES OF AMERICA                    **CASE#** CR S-06-400 GEB

13           Plaintiff                          **STIPULATION RE**: MOVING THE
                                                STATUS CONFERENCE FROM
14           v.                                 DECEMBER 15, 2006 TO JANUARY
                                                26, 2007 OR AS SOON THEREAFTER
15  Daniel Raymond Leclerc                      AND STIPULATION TO
                                                EXCLUDABLE TIME UNDER LOCAL
16           Defendant                          CODE T-4

17

18       Defendant, Daniel Raymond Leclerk , by and through his attorney of record,

19  Ronald Richards,  and the United States of America, by and through its attorney of

20  record, AUSA Heiko P. Coppola, hereby file a stipulation to move the status conference

21  presently set for December 15, 2006 at 9:00am to January 26, 2007 at 9:00am.  Counsel

22  for the defendant and the defendant need additional time to prepare this case.  The

23  defense is asking for additional exclusion of time pursuant to local code T-4.

24

25

26       /s Heiko P. Coppola per email    authorization
         to Ronald Richards                           /s Ronald Richards
27       _____         _____
         Seiko P. Coppola                             Ronald Richards
28       Assistant United States Attorney             Attorney for defendant

                                         1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>Daniel Raymond Leclerc<br><br>Defendant | **CASE#** CR S-06-400 GEB<br><br>(PROPOSED) **ORDER ON STIPULATION RE**: MOVING THE STATUS CONFERENCE FROM DECEMBER 15, 2006 TO JANUARY 26, 2007 OR AS SOON THEREAFTER AND FINDINGS OF EXCLUDABLE TIME UNDER LOCAL CODE T-4 |

GOOD CAUSE HAVING BEEN SHOWN by this stipulation, it is hereby ordered that the status conference hearing, presently set for December 15, 2006 at 9:00am, be vacated and set for January 26, 2007 at 9:00am. The Court finds the time excludable pursuant to local code T-4.

Dated: December 11, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge