# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff<br><br>　　v.<br><br>Daniel Raymond Leclerc<br><br>　　Defendant | **CASE#** CR S-06-400 GEB<br><br>(PROPOSED) **ORDER ON SUBSTITUTION OF COUNSEL** |

　　The Court hereby orders that the request of defendant Daniel Raymond LeClerc to substitute Richard H. Bitters who is retained counsel as attorney of record in place and stead of Ronald N. Richards is hereby GRANTED.

Dated: January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge