Law Offices of Ronald Richards & Associates
Ronald Richards, Esq. Bar#176246
P.O. Box 11480
Beverly Hills, CA 90213
Telephone (310) 556-1001
Fax          (310) 277-3325

Attorneys for Daniel R. Leclerc

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>Daniel Raymond Leclerc<br><br>    Defendant | **CASE#** CR S-06-400 GEB<br><br>**STIPULATION RE**: MOVING THE STATUS CONFERENCE FROM JANUARY 26, 2007 TO MARCH 2, 2007 OR AS SOON THEREAFTER AND STIPULATION TO EXCLUDABLE TIME UNDER LOCAL CODE T-4 |

Defendant, Daniel Raymond Leclerk , by and through his attorney of record, Ronald Richards,  and the United States of America, by and through its attorney of record, AUSA Heiko P. Coppola, hereby file a stipulation to move the status conference presently set for January 26, 2007 at 9:00am to March 2, 2007 at 9:00am.  Counsel for the defendant and the defendant need additional time to prepare this case.  The defense is asking for additional exclusion of time pursuant to local code T-4.


/s Heiko P. Coppola per email    authorization
to Ronald Richards                                             /s Ronald Richards
_____          _____
Seiko P. Coppola                                                 Ronald Richards
Assistant United States Attorney                          Attorney for defendant

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>Daniel Raymond Leclerc<br><br>    Defendant | **CASE#** CR S-06-400 GEB<br><br>(PROPOSED) **ORDER ON STIPULATION RE**: MOVING THE STATUS CONFERENCE FROM JANUARY 26, 2007 TO MARCH 2, 2007 OR AS SOON THEREAFTER AND FINDINGS OF EXCLUDABLE TIME UNDER LOCAL CODE T-4 |

   GOOD CAUSE HAVING BEEN SHOWN by this stipulation, it is hereby ordered that the status conference hearing, presently set for January 26, 2007 at 9:00am, be vacated and set for March 2, 2007 at 9:00am.  The Court finds the time excludable pursuant to local code T-4.

Dated:  January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2