McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-400 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| DANIEL RAYMOND LECLERC, | ) | Date: March 30, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant, | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Daniel Raymond Leclerc, by and through his counsel, Richard Bitters, Attorney at Law, that the status conference presently set for March 2, 2007 be vacated and rescheduled for status conference on March 30, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

It is further stipulated that the period from March 2, 2007, through and including March 30, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial

Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: March 1, 2007

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

Dated: March 1, 2007

                                        /s/ Heiko P. Coppola for
                                        RICHARD BITTERS
                                        Attorney at Law
                                        Attorney for Defendant
                                        Per telephonic authority

IT IS SO ORDERED.

Dated:  March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge