1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) No. CR-S-06-400 GEB
                               )
12              Plaintiff,     ) STIPULATION AND ORDER CONTINUING
                               ) STATUS CONFERENCE
13      v.                     )
                               )
14 DANIEL RAYMOND LECLERC,     ) Date: May 11, 2007
                               ) Time: 9:00 a.m.
15              Defendant,     ) Judge: Garland E. Burrell, Jr.
                               )
16 _____)

17      It is hereby stipulated and agreed to between the United

18 States of America, by and through Heiko P. Coppola, Assistant

19 U.S. Attorney, and Daniel Raymond Leclerc, by and through his

20 counsel, Richard Bitters, Attorney at Law, that the status

21 conference presently set for March 30, 2007 be vacated and

22 rescheduled for status conference on May 11, 2007, at 9:00 a.m.

23      This continuance is being requested because defense counsel

24 needs additional time for defense preparation and the parties

25 need additional time for plea negotiations.

26 ///

27 ///

28 ///

It is further stipulated that the period from March 30, 2007, through and including May 11, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: March 26, 2007

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                       By:   /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

Dated: March 26, 2007

                                /s/ Heiko P. Coppola for
                              RICHARD BITTERS
                              Attorney at Law
                              Attorney for Defendant
                              Per telephonic authority

IT IS SO ORDERED.

Dated:  March 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge