McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-400 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| DANIEL RAYMOND LECLERC, | ) | Date: June 15, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant, | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Daniel Raymond Leclerc, by and through his counsel, Richard Bitters, Attorney at Law, that the status conference presently set for May 11, 2007 be vacated and rescheduled for status conference on June 15, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

It is further stipulated that the period from May 11, 2007, through and including June 15, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act,

pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: May 7, 2007

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                               By:   /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

Dated: May 7, 2007

                                      /s/ Heiko P. Coppola for
                                      RICHARD BITTERS
                                      Attorney at Law
                                      Attorney for Defendant
                                      Per telephonic authority

IT IS SO ORDERED.

Dated:  May 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2