McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-400 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| DANIEL RAYMOND LECLERC, | ) | Date: July 27, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant, | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Daniel Raymond Leclerc, by and through his counsel, Richard Bitters, Attorney at Law, that the status conference presently set for June 15, 2007 be vacated and rescheduled for status conference on July 27, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

///

///

///

1

1  It is further stipulated that the period from June 15, 2007,
2 through and including July 27, 2007, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for
5 continuity and preparation of counsel.
6 Dated: June 12, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                               By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

Dated: June 12, 2007

                                      /s/ Heiko P. Coppola for
                                    RICHARD BITTERS
                                    Attorney at Law
                                    Attorney for Defendant
                                    Per telephonic authority


IT IS SO ORDERED.

Dated:  June 12, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2