1 | McGREGOR W. SCOTT
United States Attorney
2 | HEIKO P. COPPOLA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2770

5

6

7 |               IN THE UNITED STATES DISTRICT COURT

8 |          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
UNITED STATES OF AMERICA,     )  No. CR-S-06-400 GEB
11 |                              )
                    Plaintiff,  )  STIPULATION AND ORDER CONTINUING
12 |                             )  STATUS CONFERENCE
        v.                      )
13 |                             )
DANIEL RAYMOND LECLERC,        )  Date: October 26, 2007
14 |                             )  Time: 9:00 a.m.
                    Defendant.  )  Judge: Garland E. Burrell, Jr.
15 |_____)

16 |     It is hereby stipulated and agreed to between the United

17 | States of America, by and through Heiko P. Coppola, Assistant

18 | U.S. Attorney, and Daniel Raymond Leclerc, by and through his

19 | counsel, Richard Bitters, Attorney at Law, that the status

20 | conference presently set for August 31, 2007 be vacated and

21 | rescheduled for status conference on October 26, 2007, at 9:00

22 | a.m.

23 |     This continuance is being requested because defense counsel

24 | needs additional time for defense preparation and the parties

25 | need additional time for plea negotiations.

26 |     It is further stipulated that the period from August 31,

27 | 2007, through and including October 26, 2007 be excluded in

28 | computing the time within which trial must commence under the

1  Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and

2  Local Code T-4 for continuity and preparation of counsel.

3  Dated: August 27, 2007

4                                      Respectfully submitted,

5                                      McGREGOR W. SCOTT
                                       United States Attorney
6
                                  By:   /s/ Heiko P. Coppola
7                                      HEIKO P. COPPOLA
                                       Assistant U.S. Attorney
8
   Dated: August 27, 2007
9
                                        /s/ Heiko P. Coppola for
10                                     RICHARD BITTERS
                                       Attorney at Law
11                                     Attorney for Defendant
                                       Per telephonic authority
12

13
   IT IS SO ORDERED.
14
   Dated:  August 30, 2007
15

16

17     GARLAND E. BURRELL, JR.
       United States District Judge
18

19

20

21

22

23

24

25

26

27

28                                2