DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
E-Mail: dmsamuel@oldsaclaw.com
Telephone: (916) 447-1193

Attorney for Defendant
DANIEL LECLERC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR.S-06-0400 GEB |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | STIPULATION AND |
| v. ) | PROPOSED ORDER |
| ) | |
| DANIEL LECLERC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Haiko P. Coppola, agree that the Status Conference set for Friday, October 26, 2007 at 9:00 AM be continued to Friday, November 30, 2007 at 9:00 am so that counsel may continue discussion with regard to plea offer and obtain all discovery with regard to this case.

In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-4.

1 | Respectfully submitted,

3 | DATED: October 24, 2007        /S/ Dwight M. Samuel
4 |                                           DWIGHT M. SAMUEL
  |                                           Attorney for Defendant
5 |                                           Daniel Leclerc

7 | DATED: October 24, 2007        /S/ Heiko P. Coppola
8 |                                           HEIKO P. COPPOLA
  |                                           Assistant United States Attorney
9 |                                           (Signed per Telephonic authorization)

       IT IS SO ORDERED.

DATED: October 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge