McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-400 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DANIEL RAYMOND LECLERC, | Date: December 14, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Daniel Raymond Leclerc, by and through his counsel, Dwight M. Samuel, Attorney at Law, that the status conference presently set for November 30, 2007 be vacated and rescheduled for status conference on December 14, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

///

It is further stipulated that the period from November 30, 2007, through and including December 14, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: November 28, 2007

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                    By:   /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

Dated: November 28, 2007

                                          /s/ Dwight M. Samuel
                                          DWIGHT M. SAMUEL
                                          Attorney at Law
                                          Attorney for Defendant

IT IS SO ORDERED.

Dated: November 28, 2007

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge