McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0400-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE AND PUBLICATION |
| v. | ) | THEREOF |
| | ) | |
| DANIEL RAYMOND LECLERC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel Raymond Leclerc, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   Pursuant to 21 U.S.C. § 853(a), defendant Daniel Raymond Leclerc's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.   1973 Cessna 340 aircraft.

2.   The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

1

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property.  The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, and/or Immigration and Customs Enforcement, in its secure custody and control.

4.  a.  Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the Siskiyou Daily News (Siskiyou County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General or the Secretary of the Department of Homeland Security's intent to dispose of the property in such manner as the Attorney General or the Secretary of the Department of Homeland Security may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

c.  The United States may also, to the extent practicable, provide direct written notice to any person known to

2

have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

Dated:  January 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3