DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DANIEL R. LECLERC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL R. LECLERC,<br><br>　　　　Defendant.<br>_____ | NO. CR.S. 06-400 GEB<br><br>MOTION FOR ORDER DIRECTING LETTER TO COURT TO BE FILED UNDER SEAL AND (PROPOSED) ORDER |

　　　Defendant, Daniel R. Leclerc, by his court-appointed attorney, Dwight M Samuel, hereby moves for an order permitting counsel to file a letter from the defendant to the court be filed under seal.

　　　The letter contains sensitive material concerning information he provided to the United States Government and it's agents about an ongoing criminal investigation and should not be filed in the public record.

Respectfully submitted,


DATED: February 4, 2008　　　　　/S/Dwight M. Samuel
　　　　　　　　　　　　　　　　　DWIGHT M. SAMUEL
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Daniel R. Leclerc

ORDER
US v. Leclerc
NO. CR.S. 06-400 GEB

IT IS SO ORDERED.

Dated: February 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Leclerc motion to file under seal.wpd

1