1

DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation

2

117 J Street, Suite 202

3

Sacramento, California 95814-2282
E-Mail: dmsamuel@oldsaclaw.com

4

Telephone: (916) 447-1193

5

Attorney for Defendant

6

DANIEL LECLERC

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

UNITED STATES OF AMERICA          )          CASE NO.: CR.S-06-0400 GEB
                                  )
12

       Plaintiff,                 )
                                  )          STIPULATION AND
13

       v.                         )          PROPOSED ORDER
                                  )
14

DANIEL LECLERC,                   )
                                  )
15

       Defendant.                 )
                                  )
16

_____ )

17

       Defendant, DANIEL LECLERC, by and through his attorney Dwight M. Samuel and

18

counsel for the United States Government, Heiko Coppola, hereby agree and stipulate to

19

the following:

20

       1. That a copy of the sentencing proceedings, reporters transcript dated 02/22/08

21

which has been sealed, may be provided to Mr. Samuel at his expense. The transcript will

22

remain sealed for all other purposes. The copy of this transcript may only be disclosed to

23

24

Mr. LECLERC'S attorney Sylvia Royce of 5508 Connecticut Avenue, NW. Suite 340,

25

Wasington, DC. 20015.

26

27

28

1   Respectfully submitted,

2

3
   DATED: May 08, 2008                    /S/ Dwight M. Samuel
4                                         DWIGHT M. SAMUEL
                                          Attorney for Defendant
5                                         Daniel Leclerc

6

7   DATED: May 08, 2008                    /S/ Heiko Coopola[1]
                                          HEIKO COOPOLA
8                                         Assistant United State Attorney

9

10

11

12        IT IS SO ORDERED.

13
   Dated:  May 9, 2008
14

15

16   GARLAND E. BURRELL, JR.
    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28        [1] Signed per telephonic authorization.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28