IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-cr-0400-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL RAYMOND LECLERC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The United States is requested to file a response to Defendant's Motion for Return of Property, which was filed on November 9, 2011. (ECF No. 84.)

        IT IS SO ORDERED.

Dated:  November 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1